FILED
FEB 2 2 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

Mark Nordlicht
245 Trenor Drive, New Rochelle, NY 10804
914 636-6535

                      Plaintiff,

                v.

U.S. DEPARTMENT OF JUSTICE,

950 Pennsylvania Ave NW
Washington, DC 20530

**Case: 1:18-cv-00403 (I Deck)**
**Assigned To : Boasberg, James E.**
**Assign. Date : 2/22/2018**
**Description: FOIA/Privacy Act**

                     Defendant.

## COMPLAINT FOR INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records, concerning disclosure of details of a criminal investigation by public officials in communication with the media. The defendant has improperly withheld this information from the plaintiff.

2. This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff, Mark Nordlicht is a private individual, one of the subjects of the investigation and is currently under indictment in EDNY and is the requester of the records which defendant is now withholding. Plaintiff has requested the prompt release of the information.

4. Defendant, the Department of Justice is an agency of the United States and has possession of the documents that plaintiff seeks.

5. By online submission dated 05/30/2017 plaintiff requested access to a copy of the following documents from the US Attorney's office Eastern District of New York and the FBI field office in New York: All email or available text communications between Winston Paes, Robert Capers, Alicyn Cooley, Sarah Evans, Laura Ebhart, Craig Minsky, Julie Amato, David Chaves, Tracie Razzagone, John Casale and any member of New York Post, Wall Street journal, Bloomberg or Reuters from the period of Jan 1, 2016 to December 31, 2016.

    An Acknowledgement of receipt of online submission and a text of the submission is attached as Exhibit 1.

6. By letter dated June 5, 2017, plaintiff was denied access to the requested information on the following grounds: Since you have not furnished a release, death certificate, or public justification for release, the release of records concerning a third party would result in

RECEIVED
FEB 2 2 2018
Clerk, U.S. District and
Bankruptcy Courts

unwarranted invasion of personal privacy and would be in violation of the Privacy Act, 5 U.S.C.§ 552a. These records are also generally exempt from disclosure pursuant to sections (b)(6) and (b)(7)(C) of the Freedom of Information Act, 5 U.S.C. § 552. A copy of this letter is attached as Exhibit 2.

7. By online submission dated 06/19/2017, plaintiff appealed the denial of this request. An Acknowledgement of receipt of online appeal which includes the text of the appeal is attached as Exhibit 3.

8. By letter dated 8/16/2017 plaintiff's appeal was partially accepted in relation to Robert Capers but denied in relation to all other individuals. A copy of this letter is attached as Exhibit 4.

9. By letter dated, 09/18/2017, Plaintiff issued further appeal in which, at an attempt at compromise, he reduced the amount of individuals requested. An Acknowledgement of receipt of online appeal which includes the text of the appeal is attached as Exhibit 5.

10- The second appeal has gone unanswered.

11- Plaintiff has a right of access to the requested information under 5 U.S.C. § 552(a)(3), and there is no legal basis for defendant's denial of such access.

WHEREFORE, plaintiff requests this Court:

(1) Order defendant to provide access to the requested documents;

(2) Expedite this proceeding as provided for in 28 U.S.C. § 1657;

(3) Grant such other and further relief as may deem just and proper.

Respectfully submitted,

_____

Mark Nordlicht
245 Trenor Drive, New Rochelle, New York 10804

Dated: (date)

**Mark Alan**　　　　　　　　　　　　　　　　　　　　　　　　Exhibit 1

| | |
|---|---|
| **From:** | EOUSA-NoReply@usdoj.gov |
| **Sent:** | Monday, June 05, 2017 3:01 PM |
| **To:** | mnord18@gmail.com |
| **Subject:** | FOIA Request EOUSA-2017-001747 Submitted |

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: EOUSA-2017-001747
- Requester Name: Mark Nordlicht
- Date Submitted: 05/30/2017
- Request Status: Submitted
- Description: I request that a copy of the following documents from the US Attorney's office Eastern District of New York and the FBI field office in New York be provided to me: All email or available text communications between Winston Paes, Robert Capers, Alicyn Cooley, Sarah Evans, Laura Ebhart, Craig Minsky, Julie Amato, David Chaves, Tracie Razzagone, John Casale and any member of New York Post, Wall Street journal, Bloomberg or Reuters from the period of Jan 1, 2016 to December 31, 2016.

600 E. Street NW
Suite 7300
Washington, DC 20530

Mark Nordlicht
245 Trenor Drive
New Rochelle, NY 10804

June 5, 2017

Dear Mark Nordlicht,

    The Executive Office for United States Attorneys has received your Freedom of Information Act request and assigned the above number to the request

    You have requested records concerning a third party (or third parties). Records pertaining to a third party generally cannot be released absent express authorization and consent of the third party, proof that the subject of your request is deceased, or a clear demonstration that the public interest in disclosure outweighs the personal privacy interest and that significant public benefit would result from the disclosure of the requested records. Since you have not furnished a release, death certificate, or public justification for release, the release of records concerning a third party would result in an unwarranted invasion of personal privacy and would be in violation of the Privacy Act, 5 U.S.C § 552a. These records are also generally exempt from disclosure pursuant to sections (b)(6) and (b)(7)(C) of the Freedom of Information Act, 5 U.S.C §552.

    We will release, if requested, any public records maintained in our files, such as court records and news clippings, without the express authorization of the third party. a death certificate, or public justification for release. If you desire to obtain public records, if public records exist in our files, please reply with a letter asking for the public documents. **Please send your letter to the address above.**

Should you obtain the written authorization and consent of the third party for release of the records to you, please submit a new request for the documents accompanied by the written authorization. A form is enclosed to assist you in providing us the authorization and consent of the subject of your request. Your name should appear in the section titled "Optional." The authorization must be notarized or signed under penalty of perjury pursuant to 18 U.S.C. §1001. **Please send your new request to the address above.**

[ ]    Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what of what you sought. Each file will have a separate Request Number (listed below), for which you will receive a separate response:

    This is a final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following website: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Enclosure

Form No. 006 - 12/15

Sincerely,

Vinay Jolly
Executive Office for United States Attorneys

**Mark Alan**  Exhibit 3

| | |
|---|---|
| **From:** | OIP-NoReply@usdoj.gov |
| **Sent:** | Monday, June 19, 2017 12:06 AM |
| **To:** | mnord18@gmail.com |
| **Subject:** | FOIA Appeal DOJ-AP-2017-004752 Submitted |

This message is to notify you of a new appeal submission to the FOIAonline application. Appeal information is as follows:

- Appeal Tracking Number: DOJ-AP-2017-004752
- Request Tracking Number: EOUSA-2017-001747 - 006
- Requester Name: Mark Nordlicht
- Date Submitted: 06/19/2017
- Appeal Status: Submitted
- Description: Laws of individual privacy do not apply here as the communications here relate to emails from DOJ personnel to media outlets. Moreover, given the information relates to potential illegal leaks to grand jury material, the public's right to know trumps any privacy concerns. That having been said, however, if there are still concerns for individual privacy, these concerns can be mitigated by redacting any responses from media to DOJ personnel and just including communication from DOJ personnel in which they email media representatives.



**U.S. Department of Justice**
Office of Information Policy
Suite 11050
1425 New York Avenue, NW
Washington, DC 20530-0001

*Telephone: (202) 514-3642*

Mr. Mark Nordlicht
245 Trenor Drive
New Rochelle, NY 10804
mnord18@gmail.com

Re: Appeal No. DOJ-AP-2017-004752
Request No. EOUSA-2017-001747
CDT:MTC

**VIA: FOIAonline**

Dear Mr. Nordlicht:

    You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your Freedom of Information Act request for access to emails between certain named personnel and certain specifically named news media organizations during 2016, located in the United States Attorney's Office for the Eastern District of New York

    After carefully considering your appeal, and as a result of discussions between EOUSA personnel and this Office, I am remanding in part your request to EOUSA for a search for responsive records concerning Robert Capers, former United States Attorney for the Eastern District of New York. If EOUSA locates releasable records, it will send them to you directly, subject to any applicable fees. You may appeal any future adverse determination made by EOUSA. If you would like to inquire about the status of this remand, please contact EOUSA directly. I am otherwise affirming EOUSA's action on your request.

    As to the remainder of your request, the FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. To the extent that non-public responsive records exist, without consent, proof of death, official acknowledgment of an investigation, or an overriding public interest, disclosure of such records, including law enforcement records, concerning an individual would constitute a clearly unwarranted invasion of personal privacy, and could reasonably be expected to constitute an unwarranted invasion of personal privacy. See 5 U.S.C. § 552(b)(6), (7)(C). Further, it is reasonably foreseeable that releasing any non-public records, to the extent such records exist, would harm the interests protected by this exemption. Because any non-public records responsive to your request would be categorically exempt from disclosure, EOUSA properly asserted these exemptions and was not required to conduct a search for the requested records. See Blackwell v. FBI, 646 F.3d 37, 41-42 (D.C. Cir. 2011) (upholding agency's refusal to conduct a search for law enforcement records pertaining to named third parties because such records are categorically exempt from disclosure in the absence of an overriding public interest).

- 2 -

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of EOUSA in response to your request. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

8/16/2017

X _____

Sean R. O'Neill
Chief, Administrative Appeals Staff
Signed by OIP

**Mark Alan**

Exhibit S

| | |
|---|---|
| **From:** | OIP-NoReply@usdoj.gov |
| **Sent:** | Monday, September 18, 2017 3:49 PM |
| **To:** | mnord18@gmail.com |
| **Subject:** | FOIA Appeal DOJ-AP-2017-006641 Submitted |

This message is to notify you of a new appeal submission to the FOIAonline application. Appeal information is as follows:

- Appeal Tracking Number: DOJ-AP-2017-006641
- Request Tracking Number: DOJ-AP-2017004752.
- Requester Name: Mark Nordlicht
- Date Submitted: 09/18/2017
- Appeal Status: Submitted
- Description: My appeal of my original request was affirmed in part and rejected in part and I request a partial reconsideration of this matter. My original request was denied because of third part privacy concerns and I was gratified when my appeal was affirmed in part, apparently in recognition of the importance of the subject matter to the public, that of leaks to the media of active grand jury investigation materials. Unfortunately, my request was granted only in relation to former US Attorney Robert Capers who is not believed to have been personally actively involved in the investigation in question. I do recognize that my original request that involved 10 persons was overly broad and may have heightened privacy concerns of individuals involved as a result. Rather than proceed to mediation services as offered, I would like to respectfully submit a compromise proposal to expand the request granted to the three supervisors who were directly involved in the matter. They were Winston Paes who was the head of business and fraud section of EDNY during the time period requested and Tracie Razzagone and David Chaves who were the FBI supervisors directly involved in this matter. I do think this proposal is consistent with the ruling that granted the request in relation to Mr Capers and strikes the right balance between protecting individual privacy and serving public interest. Again, to the extent there are any third party privacy concerns hopefully those can be addressed by redacting the sections in question. Thank you very much for your consideration in this matter.