**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
MARK NORDLICHT,                         )
                                                    )
    Plaintiff,                                 )
                                                    )
    v.                                             )   Civil Action No.: 18-403 (JEB)
                                                    )
U.S. DEPARTMENT OF JUSTICE,       )
                                                    )
    Defendant.                              )
_____ )

**JOINT STATUS REPORT**

The parties submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case in which plaintiff, Mark Nordlicht, *pro se*, seeks a variety of records from the Executive Office for United States Attorneys ("EOUSA").

1. Plaintiff is under indictment in the United States District Court for the Eastern District of New York, and his request seeks agency records concerning disclosure to the media of details in his investigation. Specifically, plaintiff requests "all emails or text communications between Winston Paes, Robert Capers, Alicyn Cooley, Sarah Evans, Laura Ebhart, Craig Minsky, Julie Amato, David Chaves, Tracie Razzagone, John Casale, and any member of New York Post, Wall Street Journal, Bloomberg or Reuters from the period of Jan. 1, 2016, to December 31, 2016."

2. The agency's search and processing are complete. By letter dated December 11, 2018, it issued a final response stating that all responsive records were being withheld in full under Exemptions 5, 6, 7(A), and 7(C).

3. The agency is prepared to defend its withholdings in a dispositive motion and the parties have agreed on a schedule.

- Defendant's motion will be due on January 21, 2019.

- Plaintiff's opposition will be due on February 4, 2019.

- Defendant's reply will be due on February 15, 2019.

This schedule reflects a typical 30-day briefing deadline slightly adjusted to account for holiday conflicts that will make it difficult to coordinate among undersigned counsel, counsel for defendant EOUSA, and individuals in the United States Attorney's Office for the Eastern District of New York whose input will be required. Defendant proposes to file a *Vaughn* index (or equivalent explanation of its withholdings) at the same time as its motion. A proposed order is attached.

                      Respectfully submitted,

                      JESSIE K. LIU, D.C. Bar. No. 472845
                      United States Attorney

                      DANIEL F. VAN HORN, D.C. Bar No. 924092
                      Chief, Civil Division

By:   /s/  *Damon Taaffe*
        DAMON TAAFFE, D.C. Bar No. 483874
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 252-2544
        damon.taaffe@usdoj.gov

By:   /s/ *Mark Nordlicht*
        MARK NORDLICHT, *pro se*
        245 Trenor Drive
        New Rochelle, NY
        (914) 636-6535
        Mnord18@gmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK NORDLICHT,<br><br> Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br> Defendant. | Civil Action No.: 18-403 (JEB) |

**[PROPOSED] ORDER**

In light of the parties' joint status report, it is hereby ORDERED that the parties will file summary judgment briefs on the following schedule:

- Defendant's motion will be due on January 21, 2019. Defendant to file a *Vaughn* index (or equivalent explanation of its withholdings) at the same time as its motion.

- Plaintiff's opposition will be due on February 4, 2019.

- Defendant's reply will be due on February 15, 2019.

SO ORDERED.

_____     _____
Date               James E. Boasberg
                   United States District Judge