# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK NORDLICHT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 18-403 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

On January 16, 2019, Defendant elected to make a voluntary release of all responsive records in this Freedom of Information Act ("FOIA") case. Consequently, the parties hereby stipulate to dismissal of this action, with each party to bear its own costs and fees, if any.

A proposed order is attached.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/ *Damon Taaffe*
DAMON TAAFFE, D.C. Bar No. 483874
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-2544
damon.taaffe@usdoj.gov

By:   /s/ *Mark Nordlicht*
MARK NORDLICHT, *pro se*
245 Trenor Drive
New Rochelle, NY

(914) 636-6535
Mnord18@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK NORDLICHT, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 18-403 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

In light of the parties' joint stipulation of dismissal, this case is hereby dismissed with prejudice.

SO ORDERED.

_____    _____
Date                                                   James E. Boasberg
                                                               United States District Judge